IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:98cr129-MHT |
| IVAN WARE | ) | (WO) |

ORDER

Upon consideration of the recommendation of the Retroactivity Screening Panel, entered on December 22, 2011, and after an independent and de novo review of the record, it is ORDERED that defendant Ivan Ware's motion for modification of sentence (doc. no. 153) is denied and that the sentence for defendant Ware is not reduced.

The court adds the following explanation:

Defendant Ware's original sentence was based on a 36-point total-offense level. During the first round of retroactive crack-cocaine re-sentencings, Ware's total-offense level was reduced to 34 points and he was re-sentenced to 188 months.

A recalculation of Ware's offense level based on the new drug-quantity table results in no reduction in the

total-offense level.  The sentencing court found that Ware distributed 351 grams of cocaine base.  Under the new drug-quantity table, this amount corresponds to a base-offense level of 32.  Ware receives a 2-point specific-offense characteristic adjustment for use of a dangerous weapon.  Thus, his total-offense level is 34.  Ware has a criminal-history category of III.

The guidelines range for a offense level of 34 and a criminal-history category of III is 188 to 235 months.  Because Ware is already sentenced to 188 months, a reduction within the guidelines range is not appropriate.

DONE, this the 22nd day of December, 2011.

                             /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE